UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY DEAN HARDEE, ) | U. S. DISTRICT COURT - DE |
| ) | MISC. CASE # 07-100 |
| Petitioner, ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

### DECLARATION OF ROBERT E. BARNES

I, Robert E. Barnes, declare that:

1. I represent the Petitioner, Ricky Dean Hardee ("Hardee"), in the above-referenced matter, and hereby execute this Declaration in support of his "Petition to Quash IRS Summonses."

2. Except where explicitly noted to the contrary, I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify to said facts, could do so competently.

3. Attached hereto as "Exhibit A" is a true and correct copy of the IRS Summons issued to MBNA America Bank NA, located at 11000 Samoset Drive, Newark, Delaware, 19713-2111.

4. Attached hereto as "Exhibit B" is a true and correct copy of part of the IRS Summons issued to Ricky Hardee, Custodian of Records, seeking copies of records related to anti-money laundering procedures.

1

5. Attached hereto as "Exhibit C" is a true and correct copy of the IRS Revenue Agent's digitized computer notes from 2005 indicating a "CI agent" was involved with Hardee's case.

6. Our firm conducted several interviews. The product of those interviews leaves me with little doubt that a grand jury is formally convened in Florida and investigating Michael Beiter, the listed agent for Mikva Management & Leasing, the identified majority owner of Hope Masonry Contractors, concerning tax and money laundering allegations.

7. The IRS Criminal Investigation Special Agent Ripley disclosed to Rick Hardee's banks, customers, and workers Hardee was under criminal investigation. I have found no evidence Special Agent Ripley told anyone this inquiry was a civil inquiry or an inquiry with a civil goal. I have found and seen no evidence that Special Agent Ripley offered Hardee the opportunity to provide the records requested without such disclosure to third parties prior to issuance of the summonses. It is my understanding Special Agent Riley read Hardee his *Miranda* rights on or about May 9, 2007, which is the same day the first of several of these summonses were issued to Hardee and the various third parties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this the 25th day of May, 2007.

Robert E. Barnes, Esquire