IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

U. S. DISTRICT COURT - DE
MISC. CASE # 07-100

RICKY DEAN HARDEE, )
)
    Petitioner, )
v. ) Civil Action No.
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

**MOTION FOR ADMISSION PRO HAC VICE**

Pusurant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert E. Barnes to represent Ricky D. Hardee in this matter.

Signed: _____
Attorney Robert E. Barnes
Wis. Bar No. 1038252

Law Office of Robert G. Bernhoft, S.C.
207 East Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
rebarnes@bernhoftlaw.com

Attorney for Ricky D. Hardee

Date: May 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY DEAN HARDEE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of (see attached declaration) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local rules.

Signed: [signature]

Date: May 25, 2007

Law Office of Robert G. Bernhoft, S.C.
207 East Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
rebarnes@bernhoftlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICKY DEAN HARDEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**DECLARATION OF ATTORNEY ROBERT E. BARNES IN
SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE**

I, Robert E. Barnes declare that:

1) My full name is Robert Edward Barnes;

2) My law office address and contact points are:

   The Law Office of Robert G. Bernhoft, S.C.
   207 East Buffalo Street, Suite 600
   Milwaukee, Wisconsin 53202
   (414) 276-3333 telephone
   (414) 276-2822
   rebarnes@bernhoftlaw.com

3) My residential address is:

   85 Allen Street, #402
   Rochester, New York 14608-1811

4) I am admitted to practice before the following courts:

   | Court | Date of Admission |
   |---|---|
   | Wisconsin Supreme Court | 7-26-01 |
   | District Court for E.D. Wisconsin | 9-23-03 |
   | United States Tax Court | 4-21-04 |
   | 10th Circuit Court of Appeals | 5-10-04 |
   | 9th Circuit Court of Appeals | 4-14-04 |
   | 5th Circuit Court of Appeals | 4-23-04 |
   | Tennessee Supreme Court | 1-25-02 |

      California Supreme Court                              4-04-05
      District Court for C.D. California               4-28-05
      District Court for N.D. California               8-22-06

5)     I am in good standing and eligible to practice before the courts listed in paragraph 4, above;

6)     I am not currently suspended or disbarred in any court;

7)     I have not made another *pro hac vice* application in this court concurrently or within the last year;

8)     I do not reside in the State of Delaware;

9)     I am not regularly employed in the State of Delaware;

10)    I am not regularly engaged in business, professional or law-related activities in the State of Delaware;

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated on May 25, 2007

_____
Attorney Robert E. Barnes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY DEAN HARDEE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____

United States District Judge