IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICKY DEAN HARDEE | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-mc-00100-JFF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

## UNITED STATES' MOTION TO DISMISS FOR LACK OF JURISDICTION

The United States moves the Court to dismiss this action (a petition to quash an

IRS administrative summons) pursuant to Fed. R. Civ. P. 12(b) for lack of jurisdiction as

no case or controversy exists because the IRS has withdrawn the summons.

A memorandum or law, declaration of Special Agent Robert Ripley, declaration of

petitioner's attorney, Robert E. Barnes, Government Exhibits 1, 2, and 3, and proposed

order are attached.

2635095.1

Date: July 31, 2007.

Respectfully Submitted


COLM F. CONNOLLY

United States Attorney


By: /s/ Seth M. Beausang

Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 573-6277

OF COUNSEL

JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-6669

2

2635095.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion to Dismiss, Memorandum in Support, Proposed Order, and attached declarations and exhibits have been made this 31st day of July, 2007, by First Class Mail to:

Robert E. Barnes
Bernhoft Law Firm, S.C.
207 E. Buffalo St.
Suite 600
Milwaukee, WI 53202

/s/ Seth M. Beausang
SETH M. BEAUSANG (I.D. No. 4071)

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

RICKY DEAN HARDEE                    )
                                     )
            Petitioner,              )
                                     )
     v.                              )        Case No. 1:07-mc-00100-JFF
                                     )
UNITED STATES OF AMERICA             )
                                     )
            Respondent.              )

## **ORDER**

Having considered the motion of the United States to dismiss the petition, and the

Court being fully advised, it is this ___day of _____, 2007:

ORDERED that the petition is dismissed, with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2635110.1