IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

RICKY DEAN HARDEE                    )
                                     )
            Petitioner,              )
                                     )
    v.                               )        Case No. 1:07-mc-00100-JFF
                                     )
UNITED STATES OF AMERICA             )
                                     )
            Respondent.              )

## UNITED STATES' MEMORANDUM OF LAW
## IN SUPPORT OF ITS MOTION TO DISMISS

## BACKGROUND

Petitioner, Ricky Dean Hardee, seeks to quash an IRS administrative summons

issued to MBNA America Bank.  On June 20, 2007, the IRS issued a letter to MBNA

withdrawing the summons.  See Declaration of Special Agent Robert Ripley ¶ 4.  By

letters dated June 25, 2007, and July 20, 2007, petitioner was notified that the summons

was withdrawn.  (See Gov't Exs. 1, 2, and Declaration of Robert E. Barnes, Ex. A filed in

Hardee v. United States, Case No. 07-04080 (U.S.D.C. SD.)[1]

---

[1]The United States notes that the Court, on it's own initiative, may direct petitioner to
show cause why he should not be sanctioned for failing to dismiss this proceeding.  In an
identical proceeding involving an IRS summons issued the same day as that in this proceeding,
petitioner agreed that the administrative summons had been withdrawn and the case was
therefore moot.  See Gov't Ex. 2, filed in Hardee v. United States, Case No. 07-04080 (U.S.D.C.
SD); See also, Gov't Ex. 3, filed in Hardee v. United States, Case No. 07-0043 (U.S.D.C. AZ)
(Referring to same July 20, 2007, letter, petitioner stated "...the case is moot and should be
dismissed.")  In addition, counsel for Hardee filed a declaration in the South Dakota case
acknowledging that he received notice that the summons in this proceeding had been withdrawn.
See Declaration of Robert E. Barnes, filed in Hardee v. United States, Case No. 07-04080

(continued...)

2635047.1

## DISCUSSION

Petitioner bears the burden of proving that subject matter jurisdiction exists in this proceeding. Georgiades v. Martin-Trigona, 729 F.2d 831, 833 n.4 (D.C. Cir. 1984); Carter v. Washington Metropolitan Transit Authority, 451 F. Supp. 2d 150, 152 (D.D.C. 2006). In ruling on a motion to dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), courts may consider affidavits and other evidence supporting or contradicting a petitioner's jurisdictional allegations. See Coalition for Underground Expansion v. Mineta, 333 F.3d 193, 198 (D.C. Cir. 2003); Carter, 451 F. Supp. 2d at 152.

The jurisdiction of federal courts to decide cases is limited by the requirement set forth in Article III, § 2 of the Constitution that a case or controversy exist, and a case is moot if that requirement is not satisfied. See, e.g., Spencer v. Kemna, 523 U.S. 1, 7 (1998). Thus, "[t]o qualify as a case fit for federal-court adjudication, 'an actual controversy must be extant at all stages of review, not merely at the time the complaint is filed.'" Arizonans for Official English v. Arizona, 520 U.S. 43, 67 (1997) (citation omitted). Mootness can arise at any stage of the litigation. Calderon v. Moore, 518 U.S. 149, 150 (1996).

On June 20, 2007, the IRS formally withdrew the summons at issue. See Declaration of Special Agent Robert Ripley ¶ 4. Because the summons is no longer being

---

[1](...continued)
(U.S.D.C. SD.) Therefore, despite knowing that the summons in this proceeding has been withdrawn and acknowledging that this renders the case moot, petitioner has failed to dismiss the proceeding.

2

pursued by the IRS, this action is moot due to the lack of a case or controversy.  <u>See</u>

<u>Thompson v. United States</u>, 2007 U.S. Dist. LEXIS 29596, 99 A.F.T.R.2d (RIA) 3000

(N.D. Ga. 2007)("Because the IRS formally withdrew the summonses, this action is

moot."); <u>Dame v. United States</u>, 643 F. Supp. 533, 534 (S.D.N.Y. 1986) (motion to quash

denied as moot after summons were withdrawn.)

<strong><u>CONCLUSION</u></strong>

This proceeding must be dismissed as moot because the summons at issue has been

withdrawn.

Date: July 31, 2007.

Respectfully Submitted

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277

OF COUNSEL:

JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-6669

2635047.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion to Dismiss, Memorandum in Support, Proposed Order, and attached declarations and exhibits have been made this 31st day of July, 2007, by First Class Mail to:

> Robert E. Barnes
> Bernhoft Law Firm, S.C.
> 207 E. Buffalo St.
> Suite 600
> Milwaukee, WI 53202

/s/ Seth M. Beausang
SETH M. BEAUSANG (I.D. No. 4071)

2635047.1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

June 25, 2007

The Bernhoft Law Firm, S.C.
207 E. Buffalo St., Suite 600
Milwaukee, WI 53202

Attn: Brian Mahany

Mr. Mahany:

Mr. Hardee was given proper notice, pursuant to I.R.C. § 7609, of all summonses
served on third-party recordkeepers, as that term is defined under I.R.C. §
7603(b)(2). We found Mr. Hardee's stated grounds for the petitions to quash to
be without merit. A decision, independent of the petitions to quash, was made to
withdraw the summonses served on the third-party recordkeepers.

If you have any questions, you may contact me at 704-566-5199.

Sincerely,

William F. Culp
Supervisory Special Agent

GOVERNMENT
EXHIBIT
1

**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION**



**FILED**

**JUL 17 2007**

CLERK

RICKY DEAN HARDEE,

      Petitioner,

                             Case No.  CIV-07-4080

v.

UNITED STATES OF AMERICA,

      Respondent.

---

### RESPONSE TO ORDER TO SHOW CAUSE
### AND MOTION FOR EXTENSION OF TIME

COMES NOW THE PETITIONER, Rickey Dean Hardee, ("Hardee") by and through his

attorneys, The Bernhoft Law Firm, S.C., (Attorney Robert E. Barnes), and respectfully responds

to the Order to Show Cause and moves this Court to extend time to obtain local counsel pending

confirmation from the Government that the case is moot.

On May 25, 2007, the Hardee filed a Petition to Quash IRS Summons. With that

Petition, Hardee filed a motion to be relieved the requirements of local counsel. (Doc. 3.) On

June 7, 2007, the motion was denied. (Doc. 9.) On June 19, 2007, the Court issued an order to

show cause why the case should not be dismissed for failure to comply with the *pro hac vice*

requirements. (Doc. 11.) Hardee moved for an extension of time on June 28, 2007. (Doc. 13.)

The Court granted the motion on July 5, 2007 extending time to July 16, 2007. (Doc. 14.)

Since Hardee filed his motion to extend time, (Doc. 13), Hardee's counsel received

written confirmation that the Citicards subpoena at issue in this Petition was withdrawn. The

letter is dated July 10, 2007 and was received in Hardee's counsel's office on July 14, 2007.

(*See* Exhibit A.)

1



GOVERNMENT
EXHIBIT
2

Based on the foregoing, the case is moot and should be dismissed. *See In re Search Warrants Issued in Connection With Investigation of South Central Career Center, West Plains, Missouri*, 487 F.3d 1190 (8th Cir. 2007) ("If circumstances change over the course of litigation so that the issues in the case lose their life and a federal court can no longer grant effective relief, the case is moot and we have no power to decide it."); *see also Thompson v. United States*, 2007 WL 1412308, 99 A.F.T.R.2d 2007-2707 (N.D. Tex. April 19, 2007) (dismissing I.R.S. administrative summons as moot after I.R.S. withdrew the summonses).

WHEREFORE, for all the foregoing reasons, the Petitioner, Ricky Dean Hardee, respectfully requests the case be dismissed at moot.

Respectfully submitted on this the 16th day of July, 2007.

Bernhoft Law Firm, S.C.
Attorneys for the Petitioner

Robert E. Barnes, Esquire

207 East Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333  telephone
(414) 276-2822  facsimile
rebarnes@bernhoftlaw.com



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

July 10, 2007

Brian H. Mahany
Attorney and Counselor at Law
Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Ste. 600
Milwaukee, WI 53202

Dear Mr. Hahany,

I am responding to your email dated June 26, 2007.

On June 20, 2007, letters withdrawing summonses for records were sent to the following third-party recordkeepers:

- Cynthia Bryant
  8000 Waterford Tide Loop, Apt 2928
  Charlotte, NC 28226

- Bank of America Bank Card Service
  1825 East Buckeye Road
  Phoenix, AZ 85034

- ABN Amro Mortgage Group
  4242 North Harlem Avenue
  Norridge, IL 60706

- Ford Motor Credit, C/O CT Corporation
  350 N. St. Paul Street, Suite 2900
  Dallas, TX 75201

- Indy Mac Bank FSB
  155 North Lake Avenue
  Pasadena, CA 91101

- Charles Schwab
  101 Montgomery Street
  San Francisco, CA 94104

Exhibit A

- Wachovia Bank
  401 Market Street
  Philadelphia, PA 19106

- First Charter
  10200 David Taylor Drive
  Charlotte, NC 28262

- BB&T
  Post Office Box 1489
  Lumberton, NC 28359

- RBC Centura
  Post Office Box 1220
  Rocky Mount, NC 27802

- Morgan Stanley-Discover Card
  2500 Lake Cook Road
  Riverwoods, IL 600015

- MBNA America Bank NA
  11000 Samoset Drive
  Newark, DE 19713

- Dillards
  1600 Cantrell Road
  Little Rock, Arkansas 72201

- Citicards
  Post Office Box 6034
  Sioux Falls, SD 57117

- Belks
  2801 West Tyvola Road
  Charlotte, NC 28102

- American Express
  1801 NW 66th Avenue, Ste. 103
  Plantation, FL 33313

- Republic Trading Group
  1015 South Mays Street
  Round Rock, TX 78664

- GE Money Bank -- Summons not deliverable due to incorrect address

Any and all packages received from third-party recordkeepers in response to a summons were not opened and the contents were not examined. Any and all packages received were returned, unopened, to the third-party recordkeepers with the letters of withdrawal.

Because the matter involving the pending petitions to quash has been referred to the Department of Justice, Tax Division, I believe it is inappropriate for me to discuss this matter any further.

Sincerely,

William F. Culp
Supervisory Special Agent, Group 905

cc: Robert Ripley, Special Agent

Robert E. Barnes, Esquire
*Pro Hac Vice* application pending

BERNHOFT LAW FIRM, S.C.
207 East Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333  telephone
(414) 276-2822  facsimile

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| RICKY DEAN HARDEE, | ) | |
| | ) | |
| Petitioner, | ) | Case No.  MC-07-0043-PHX |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF NON-OPPOSITION OF MOTION TO DISMISS

COMES NOW THE PETITIONER, Rickey Dean Hardee, ("Hardee") by and through his attorneys, The Bernhoft Law Firm, S.C., (Attorney Robert E. Barnes), and respectfully responds to the Respondent's Motion to Dismiss with this Notice.

Hardee does not oppose the dismissal of this case. Hardee agrees that when the Respondent withdrew the administrative summons, the controversy ceased and this case became moot.

1



Respectfully submitted on this the 13th day of July, 2007.

Bernhoft Law Firm, S.C.
Attorneys for the Petitioner


 /s/ Robert E. Barnes
Robert E. Barnes, Esquire

207 East Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333  telephone
(414) 276-2822  facsimile
rebarnes@bernhoftlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

RICKY DEAN HARDEE )
)
      Petitioner, )    CASE NO. 1:07-MC-00100
  v. )
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

## DECLARATION OF SPECIAL AGENT ROBERT RIPLEY

I, Robert Ripley, do hereby declare and depose, pursuant to 28 U.S.C. § 1746(2),
the following:

1. I am a duly commissioned Special Agent employed in the Criminal
   Investigation Division of the Internal Revenue Service, Southeast Region,
   Charlotte Field Office, with a post of duty located at 6635 Executive Circle
   Drive, Suite 180, Charlotte, North Carolina 28212.

2. In my capacity as a Special Agent, I am conducting an investigation of
   Ricky Dean Hardee.

3. In furtherance of the investigation and in accordance with 26 U.S.C. § 7602,
   on May 14, 2007, I issued an administrative summons, Internal Revenue
   Service Form 2039, to MBNA America Bank NA to provide records as
   described therein.

4. On June 20, 2007, I sent a letter to MBNA America Bank NA withdrawing
   the summons. Attached hereto, as Exhibit A, is a true and correct copy of
   the letter with an attached copy of the summons, with tax identification
   numbers (e.g., social security numbers) redacted, that was sent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2007

Robert Ripley
Special Agent
Criminal Investigation
Internal Revenue Service
Charlotte, NC  28212



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

June 20, 2007

MBNA America Bank NA
11000 Samoset Drive
Newark, DE 19713-2111

To Custodian of Records:

Attached is a copy of a summons issued to MBNA America Bank NA on May 14, 2007.

This correspondence serves as a withdrawal of this summons.

If you have any questions, please contact Robert Ripley, Special Agent at (704)566-5197.

Sincerely,

*[signature]*

Robert F. Ripley
Special Agent

Copy of Summons

EX. A



# Summons

In the matter of  Ricky Dean Hardee

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  Charlotte Field Office

Periods:  Individual income taxes for periods ending Dec. 31, 2003, Dec. 31, 2004, Dec. 31, 2005, and Dec. 31, 2006

## The Commissioner of Internal Revenue

To:  MBNA America Bank NA

At:  Attn: Custodian of Records, 11000 Samoset Drive Newark, DE 19713-2111

You are hereby summoned and required to appear before  Robert F. Ripley, Criminal Investigator/Special Agent
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

6635 Executive Circle Suite 180, Charlotte, NC 28212    Telephone (704) 566-5197

**Place and time for appearance at** 6635 Executive Circle Suite 180, Charlotte, NC 28212

| | |
|---|---|
| **IRS** | on the ___11___ day of ___JUNE___ 2007 at ___9___ o'clock ___A___ m. |
| | Issued under authority of the Internal Revenue Code this ___14___ day of ___May___, ___2007___ |
| Department of the Treasury Internal Revenue Service | *Signature of issuing officer* — Criminal Investigator/Special Agent |
| **www.irs.gov** | Title |
| Form 2039 (Rev. 12-2001) Catalog Number 21405J | Signature of approving officer *(if applicable)*     Title |
| | **Original** — to be kept by IRS |

ATTACHMENT TO SUMMONS ISSUED TO: MBNA America Bank NA

FOR THE YEARS: 2003 - 2007

All records relative to financial transactions with:

Rick D. Hardee, SSN # ▮▮▮▮▮▮▮
4531 Montibello Road, Charlotte, NC 28226

Laura I. Hardee, SSN # ▮▮▮▮▮▮▮
4531 Montibello Road, Charlotte, NC 28226

Hope Marsonry Contractors, LLC
P.O. Box 471306, Charlotte, NC 28247

RH Sliver Properties

Such records to include but not limited to:

CREDIT CARD RECORDS:

Including customer's application, signature card, credit or background investigations conducted by the bank, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

RECORD FORMAT:

In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

**FILED**

JUL 17 2007

CLERK

| | | |
|---|---|---|
| RICKY DEAN HARDEE, | ) | |
| | ) | |
| Petitioner, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## DECLARATION OF ROBERT E. BARNES

I, Robert E. Barnes, declare that:

1.      I represent the Petitioner, Ricky Dean Hardee ("Hardee"), in the above-referenced matter, and hereby execute this Declaration in support of his "Petition to Quash IRS Summonses."

2.      Except where explicitly noted to the contrary, I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify to said facts, could do so competently.

3.      Attached hereto as "Exhibit A" is a true and correct copy of a letter from Mr. William F. Culp dated July 10, 2007 and received in my office on July 14, 2007.

4.      William F. Culp is the supervising special agent to Robert Ripley.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this the 16th day of July, 2007.

_____
Robert E. Barnes, Esquire

1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation



July 10, 2007

Brian H. Mahany
Attorney and Counselor at Law
Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Ste. 600
Milwaukee, WI 53202

Dear Mr. Hahany,

I am responding to your email dated June 26, 2007.

On June 20, 2007, letters withdrawing summonses for records were sent to the following third-party recordkeepers:

- Cynthia Bryant
  8000 Waterford Tide Loop, Apt 2928
  Charlotte, NC 28226

- Bank of America Bank Card Service
  1825 East Buckeye Road
  Phoenix, AZ 85034

- ABN Amro Mortgage Group
  4242 North Harlem Avenue
  Norridge, IL 60706

- Ford Motor Credit, C/O CT Corporation
  350 N. St. Paul Street, Suite 2900
  Dallas, TX 75201

- Indy Mac Bank FSB
  155 North Lake Avenue
  Pasadena, CA 91101

- Charles Schwab
  101 Montgomery Street
  San Francisco, CA 94104

Exhibit A

- Wachovia Bank
  401 Market Street
  Philadelphia, PA 19106

- First Charter
  10200 David Taylor Drive
  Charlotte, NC 28262

- BB&T
  Post Office Box 1489
  Lumberton, NC 28359

- RBC Centura
  Post Office Box 1220
  Rocky Mount, NC 27802

- Morgan Stanley-Discover Card
  2500 Lake Cook Road
  Riverwoods, IL 600015

- MBNA America Bank NA
  11000 Samoset Drive
  Newark, DE 19713

- Dillards
  1600 Cantrell Road
  Little Rock, Arkansas 72201

- Citicards
  Post Office Box 6034
  Sioux Falls, SD 57117

- Belks
  2801 West Tyvola Road
  Charlotte, NC 28102

- American Express
  1801 NW 66th Avenue, Ste. 103
  Plantation, FL 33313

- Republic Trading Group
  1015 South Mays Street
  Round Rock, TX 78664

- GE Money Bank – Summons not deliverable due to incorrect address

Any and all packages received from third-party recordkeepers in response to a summons were not opened and the contents were not examined. Any and all packages received were returned, unopened, to the third-party recordkeepers with the letters of withdrawal.

Because the matter involving the pending petitions to quash has been referred to the Department of Justice, Tax Division, I believe it is inappropriate for me to discuss this matter any further.

Sincerely,

William F. Culp
Supervisory Special Agent, Group 905

cc: Robert Ripley, Special Agent