# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICKEY DEAN HARDEE, ) | |
| ) | |
| Petitioner, ) | Case No.  1:07-mc-00100-JFF |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## NOTICE OF NON-OPPOSITION OF MOTION TO DISMISS

COMES NOW THE PETITIONER, Rickey Dean Hardee, ("Hardee") by and through his attorneys, The Bernhoft Law Firm, S.C., (Attorney Robert E. Barnes)[1], and respectfully responds to the Respondent's Motion to Dismiss with this Notice.

Hardee does not oppose the dismissal of this case. After consultation with Government counsel, Hardee has been assured that no documents related to the summons at issue in this case were reviewed or received, and if any were received, they were returned without any IRS review of those documents. Therefore, Hardee agrees that when the Respondent withdrew the administrative summons, the controversy ceased and this case became moot.

---

[1] Attorney Robert E. Barnes, while admitted to practice *pro hac vice*, does not yet have an ECF password. Because this paper should dispose of this matter in its entirety, in an effort to conserve our client's and the court's limited resources, Barnes is filing this paper traditionally rather than through the ECF process. If the court prefers, Barnes will apply for the ECF password and re-file this notice of non-opposition electronically.

1

2

Respectfully submitted on this the 22nd day of August, 2007.

                Bernhoft Law Firm, S.C.
                Attorneys for the Petitioner

                *[signature]*
                _____
                Robert E. Barnes, Esquire

                207 East Buffalo Street, Suite 600
                Milwaukee, Wisconsin 53202
                (414) 276-3333  telephone
                (414) 276-2822  facsimile
                rebarnes@bernhoftlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELEWARE

| | |
|---|---|
| RICKY DEAN HARDEE, ) | |
| ) | |
| Petitioner, ) | Case No. 2: 07-mc-00100-JFF |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the foregoing "Notice of Non-Opposition to Motion to Dismiss" were served via the U.S. Mail first-class postage prepaid to:

Seth Madison Beausang, Asst. U.S. Attorney
U.S. Attorney's Office
P.O. Box 2046
Wilmington, Deleware 19899-2046

Signed this 22nd day of August, 2007.

_____
Daniel J. Treuden

**THE BERNHOFT LAW FIRM, S.C.**

Offices in Milwaukee ▫ Malibu

August 22, 2007

Peter T. Dalleo, Clerk of Court
U.S. Dist. Court for the Dist. of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

<u>**Via U.S. Mail**</u>

    Re:    **Petition to Quash IRS Summons**

Dear Mr. Dalleo:

    Enclosed for filing please find an original and two copies each of "Notice of Non-Opposition to Motion to Dismiss." Please confirm the fact of filing by file-stamping the enclosed extra copies of each set of documents and return them to our office in the postage-paid envelope provided.

    Please note that Attorney Barnes' does not yet have an ECF password, therefore this notice is filed in the traditional paper manner. Thank you for your assistance, and if you have any questions or require additional information, please correspond with me at any of the contact points above.

                                                   Sincerely,

                                                 Daniel Treuden
                                                 Paralegal

cc:    Seth Madison Beausang, Asst. U.S. Attorney
        Ricky Dean Hardee

207 East Buffalo Street Suite 600 Milwaukee, Wisconsin 53202
p (414) 276-3333   f (414) 276-2822   www.bernhoftlaw.com