IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICKY DEAN HARDEE,          :
                            :
        Petitioner,         :
                            :
    v.                      :   Misc. Action No. 07-100 JJF
                            :
UNITED STATES OF AMERICA,   :
                            :
        Respondent.         :

### ORDER

WHEREAS, Petitioner filed a Motion to Quash IRS' Summons (D.I. 1);

WHEREAS, United States filed a Motion to Dismiss for Lack of Jurisdiction (D.I. 6);

WHEREAS, Petition filed a Notice of Non-Opposition of Motion to Dismiss (D.I. 8) stating the controversy has ceased and the case is now moot;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned matter is **DISMISSED** as moot.

September 12, 2007                    _____
    DATE                              UNITED STATES DISTRICT JUDGE